## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
## SECOND JUDICIAL DISTRICT

**JOHN DOE AND JANE DOE, NATURAL PARENTS,**       **PLAINTIFFS**
**NEXT FRIENDS AND DULY-APPOINTED GUARDIANS**
**OF JAMES DOE, A MINOR**

**V.**       CIVIL ACTION NO. __18-4__

**KELLY PEOPLES, ADAM PEOPLES, PEOPLES**
**CONSTRUCTION CORPORATION AND**
**UNKNOWN INSURANCE COMPANIES 1-10**       **DEFENDANTS**

---

## COMPLAINT FOR DECLARATORY JUDGMENT

### ***JURY TRIAL REQUESTED***

---

COME NOW Plaintiffs, John Doe and Jane Doe, Individually, and as Natural Parents, Next Friends and Duly-Appointed Guardians of James Doe, a Minor, by and through counsel, pursuant to Rule 57 of the Mississippi Rules of Civil Procedure, and file this, their action for declaratory judgment against Kelly Peoples, Adam Peoples, Peoples Construction Corporation and Unknown Insurance Companies 1-10, and for cause of action against said Defendants would respectfully show unto the Court the following, to-wit:

### PARTIES

1.  Plaintiffs, John Doe and Jane Doe, are the Natural Parents, Next Friends, and Duly-Appointed Guardians of James Doe, a Minor, and are adult resident citizens of Rankin County, Mississippi.  James Doe is a minor child who was born on XX/XX/2002, and who resides with his father in Rankin County, Mississippi.

**EXHIBIT**
tabbies
__A__

2.     Defendant Kelly Peoples is an adult resident citizen of Hinds County, Mississippi, who may be served with process of this Honorable Court, pursuant to Rule 4 of the Mississippi Rules of Civil Procedure, by delivering a copy of the Summons and Complaint to her at her place of residence at 1206 Suzanna Drive, Raymond, Mississippi or wherever she may be found.

3.     Defendant Adam Peoples is the husband of Kelly Peoples and is an adult resident citizen of Hinds County, Mississippi, who may be served with process of this Honorable Court, pursuant to Rule 4 of the Mississippi Rules of Civil Procedure, by delivering a copy of the Summons and Complaint to him at his place of residence at 1206 Suzanna Drive, Raymond, Mississippi or wherever he may be found.

4.     Defendant Peoples Construction Corporation (hereinafter "PCC") is a Mississippi corporation which may be served with process of this Court by serving a copy of the Summons and Complaint upon its registered agent for service of process, Jeffrey H. Peoples, 3913 Underwood Drive, Flowood, Mississippi 39232, in accordance with Rule 4 of the Mississippi Rules of Civil Procedure.

5.     Defendants Unknown Insurance Companies 1-10 are fictitious parties whose true names are unknown to Plaintiffs who, therefore, sue same by these fictitious names. These fictitious Defendants may provide insurance coverage for the facts and occurrences set forth herein. These unidentified Defendants are named in this civil action pursuant to Rule 9(h) of the Mississippi Rules of Civil Procedure and will be identified and named when their identities become known to Plaintiffs. All allegations and claims asserted herein against Kelly Peoples, Adam Peoples and PCC are incorporated by reference against Unknown Insurance Companies 1-10.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over this proceeding, pursuant to the laws of the State of Mississippi including, but not limited to, Miss. Code Ann. §9-7-81 (1972), as amended. In accordance with Miss. Code Ann. §11-11-3 (1972), as amended, this Court is an appropriate venue for said proceeding, as Hinds County, Mississippi is where a substantial act and/or omission occurred. Further, a substantial event that caused, and continues to cause, injury to Plaintiffs and their ward occurred in Hinds County, Mississippi.

## NATURE OF ACTION

7.      This is a Complaint for Declaratory Judgment filed pursuant to Rule 57 of the Mississippi Rules of Civil Procedure, as it involves an actual, real and substantial controversy, justiciable in character, touching upon the legal relationships of parties having adverse legal interests, requesting specific relief through a decree conclusive in character involving the respective rights, duties and liabilities of the parties hereto under policies of homeowner's, business, automobile, umbrella or other insurance.

## GENERAL ALLEGATIONS

8.      At all times relevant herein, Plaintiffs allege that Defendants Kelly Peoples, Adam Peoples and/or PCC were insureds under policies of insurance issued by Unknown Insurance Companies 1-10. When said policies are produced, true and correct copies of the policies will be attached as exhibits to this Complaint with the terms and conditions incorporated herein by reference.

9.      On October 28, 2017, Plaintiffs filed their Complaint against Kelly Peoples, Peoples Construction Corporation and Jack and Jean Does 1-10 in the Circuit Court of Rankin County,

Mississippi. A true and correct copy of said Complaint is attached hereto and made a part hereof as Exhibit "A," and its stated facts and allegations are incorporated herein by reference as if copied in full.

10.    Some of the acts complained of in the Complaint took place in the home of Kelly Peoples and Adam Peoples at 1206 Suzanna Drive, Raymond, Mississippi. Upon information and belief, the home of Kelly Peoples and Adam Peoples is insured by one or more Unknown Insurance Companies 1-10.

11.    Some of the acts complained of in the Complaint took place in a vehicle owned by Kelly Peoples, Adam Peoples, and/or PCC. Upon information and belief, this vehicle is insured by one or more Unknown Insurance Companies 1-10.

12.    Plaintiffs submit that by reason of the acts set forth in Exhibit "A" and each of them, or alternatively, because of any of the acts set forth in Exhibit "A," Defendants Kelly Peoples, Adam Peoples and PCC are insured by policies of insurance issued by Unknown Insurance Companies 1-10.

13.    Plaintiffs have no adequate remedy at law or in equity, other than this action, to ascertain as a matter of law the coverage obligations of Unknown Insurance Companies 1-10 and the respective obligations, duties and responsibilities, if any, of said companies to Defendants Kelly Peoples, Adam Peoples and Peoples Construction Corporation for the acts alleged in Exhibit "A." Otherwise, Plaintiffs will be subject to further litigation and may suffer irreparable damage therefrom.

14.    Since actual and bona fide disputes have arisen as to the liability of Defendants under the contracts of insurance described herein, Plaintiffs desire to avail themselves of the provisions of Rule 57 of the Mississippi Rules of Civil Procedure to resolve all disputes and to avoid a multiplicity

of actions.

15.    Plaintiffs are parties whose interests may be materially affected by the determination of the issues herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, John Doe and Jane Doe, Individually, and as Natural Parents, Next Friends and Duly-Appointed Guardians of James Doe, a Minor, respectfully pray that after due proceedings are had, this Court will enter a judgment declaring:

(a)    That Unknown Insurance Companies 1-10 have a duty to pay any sum whatsoever that may be awarded to Plaintiffs, in light of the acts described in the pleadings attached hereto and made a part hereof as Exhibit "A," under the terms and provisions of the aforementioned policies of insurance, true and correct copies of which will be attached hereto and made a part hereof as exhibits when same are produced,;

(b)    That Plaintiffs be awarded attorney's fees and all costs in this action;

(c)    Alternatively, and without waiving the foregoing, Plaintiffs respectfully pray that should this Court find such liability coverage to exist or potentially exist hereafter, this Court will enter a judgment declaring the extent of liability coverage available to Plaintiffs and the basis for such coverage under the policy;

(d)    Plaintiffs pray for a speedy hearing on this action and request that the Court order that this action be advanced on the trial calendar, pursuant to Rule 57 of the Mississippi Rules of Civil Procedure; and

(E)    Plaintiffs pray for such other relief, both general and specific, as this Court may deem

just and proper in the premises.

THIS, the _31st_ day of January, 2018.

Respectfully submitted,

**JOHN DOE AND JANE DOE, INDIVIDUALLY AND AS NATURAL PARENTS, NEXT FRIENDS AND DULY-APPOINTED GUARDIANS OF JAMES DOE, A MINOR**

By: _____
KEITH D. OBERT, ESQ. (MSB #3902)
WILLIAM F. BROWN, ESQ. (MSB #8830)

By: _____
CHARLES H. KEETON, ESQ. (MSB #8975)

OF COUNSEL:

**OBERT LAW GROUP, P.A.**
Post Office Box 2081
Madison, Mississippi 39130-2081
750 Avignon Drive, Suite 1
Ridgeland, Mississippi 39157
Telephone:     (601) 856-9690
Facsimile:      (601) 856-9686
Email:          obertlaw@bellsouth.net

**CHARLES H. KEETON, ESQ.**
115 Builder's Square Drive
Brandon, Mississippi 39042
Telephone:     (601) 829-0051
Facsimile:      (601) 829-0692
Email:          keetonlaw@bellsouth.net

**ATTORNEYS FOR PLAINTIFFS**

\\SERVER\obert\KDOFILES\Doe Rankin\Declaratory Judgment\Pleadings\Complaint wfb rev 01312018(1).wpd

## COVER SHEET
### Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

**Court Identification Docket #**

County # | Judicial District | Court ID (CH, CI, CO)

**Case Year**

**Docket Number**

Local Docket ID

Month | Date | Year

Mississippi Supreme Court | Form AOC/01 (Rev 2016)
Administrative Office of Courts

This area to be completed by clerk | Case Number if filed prior to 1/1/94

In the **CIRCUIT** Court of **HINDS** County — **SECOND** Judicial District

**Origin of Suit (Place an "X" in one box only)**

[X] Initial Filing  [ ] Reinstated  [ ] Foreign Judgment Enrolled  [ ] Transfer from Other court  [ ] Other
[ ] Remanded  [ ] Reopened  [ ] Joining Suit/Action  [ ] Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

**Individual** Doe | John
Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV

____ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
____ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

**Business** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff** _____

**Attorney (Name & Address)** Keith D. Obert, Esq.  P.O. Box 2018, Madison, MS 39130 | **MS Bar No.** 3902
____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing _____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

**Individual** Peoples | Kelly
Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

**Business** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

**Attorney (Name & Address) - If Known** _____ | **MS Bar No.** _____

____ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

**Domestic Relations**
[ ] Child Custody/Visitation
[ ] Child Support
[ ] Contempt
[ ] Divorce:Fault
[ ] Divorce: Irreconcilable Diff.
[ ] Domestic Abuse
[ ] Emancipation
[ ] Modification
[ ] Paternity
[ ] Property Division
[ ] Separate Maintenance
[ ] Term. of Parental Rights-Chancery
[ ] UIFSA (eff 7/1/97; formerly URESA)
[ ] Other _____

**Appeals**
[ ] Administrative Agency
[ ] County Court
[ ] Hardship Petition (Driver License)
[ ] Justice Court
[ ] MS Dept Employment Security
[ ] Municipal Court
[ ] Other _____

**Business/Commercial**
[ ] Accounting (Business)
[ ] Business Dissolution
[ ] Debt Collection
[ ] Employment
[ ] Foreign Judgment
[ ] Garnishment
[ ] Replevin
[ ] Other _____

**Probate**
[ ] Accounting (Probate)
[ ] Birth Certificate Correction
[ ] Mental Health Commitment
[ ] Conservatorship
[ ] Guardianship
[ ] Heirship
[ ] Intestate Estate
[ ] Minor's Settlement
[ ] Muniment of Title
[ ] Name Change
[ ] Testate Estate
[ ] Will Contest
[ ] Alcohol/Drug Commitment (involuntary)

**Children/Minors - Non-Domestic**
[ ] Adoption - Contested
[ ] Adoption - Uncontested
[ ] Consent to Abortion
[ ] Minor Removal of Minority
[ ] Other _____

**Civil Rights**
[ ] Elections
[ ] Expungement
[ ] Habeas Corpus
[ ] Post Conviction Relief/Prisoner
[ ] Other _____

**Contract**
[ ] Breach of Contract
[ ] Installment Contract
[ ] Insurance
[ ] Specific Performance
[ ] Other _____

**Statutes/Rules**
[ ] Bond Validation
[ ] Civil Forfeiture
[X] Declaratory Judgment
[ ] Injunction or Restraining Order
[ ] Other _____

[ ] Alcohol/Drug Commitment (voluntary)
[ ] Other _____

**Real Property**
[ ] Adverse Possession
[ ] Ejectment
[ ] Eminent Domain
[ ] Eviction
[ ] Judicial Foreclosure
[ ] Lien Assertion
[ ] Partition
[ ] Tax Sale: Confirm/Cancel
[ ] Title Boundary or Easement
[ ] Other _____

**Torts**
[ ] Bad Faith
[ ] Fraud
[ ] Intentional Tort
[ ] Loss of Consortium
[ ] Malpractice - Legal
[ ] Malpractice - Medical
[ ] Mass Tort
[ ] Negligence - General
[ ] Negligence - Motor Vehicle
[ ] Premises Liability
[ ] Product Liability
[ ] Subrogation
[ ] Wrongful Death
[ ] Other _____

Case: 25CI2:18-cv-00004-WAG     Document #: 1-1     Filed: 02/02/2018     Page 2 of 3

IN THE <u>CIRCUIT</u>     COURT OF <u>HINDS</u>     COUNTY, MISSISSIPPI

<u>SECOND</u>     JUDICIAL DISTRICT, CITY OF _____

Docket No. 2018 ____ 4 ____     Docket No. If Filed
File Yr     Chronological No.     Clerk's Local ID     Prior to 1/1/94 _____

## PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
## IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Plaintiff #2:**

**Individual:** <u>Doe</u> _____ <u>Jane</u> _____ ( _____ ) _____ _____
Last Name          First Name          Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** <u>3902</u>___ Bar # or Name: <u>Keith D. Obert, Esq.</u> _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual:** _____ _____ _____ ( _____ ) _____ _____
Last Name          First Name          Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual:** _____ _____ _____ ( _____ ) _____ _____
Last Name          First Name          Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

Case: 25CI2:18-cv-00004-WAG    Document #: 1-1    Filed: 02/02/2018    Page 3 of 3

**IN THE** CIRCUIT **COURT OF** HINDS **COUNTY, MISSISSIPPI**

SECOND **JUDICIAL DISTRICT, CITY OF** _____

Docket No. 2018_____ _____ _____
File Yr          Chronological No.       Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

**Individual:** Peoples _____ Adam _____ ( _____ ) _____ _____
                    Last Name          First Name          Maiden Name, if Applicable      Middle Init.      Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** _____ _____ _____ ( _____ ) _____ _____
                    Last Name          First Name          Maiden Name, if Applicable      Middle Init.      Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** Peoples Construction Corporation _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** _____ _____ _____ ( _____ ) _____ _____
                    Last Name          First Name          Maiden Name, if Applicable      Middle Init.      Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** Unknown Insurance Companies 1-10 _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___